IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DANIEL JONES,<br><br>                Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA; and GEROALD STRINGER, in his official and individual capacity,<br>                Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING STAY**<br><br>Case No. 1:17-cv-00138-DN<br><br>District Judge David Nuffer |

       The United States, through its counsel, moved to hold this matter in abeyance while Plaintiff pursues a Federal Employee's Compensation Act, 5 U.S.C. § 8101, *et seq.* claim ("FECA").[1] In the Complaint, Plaintiff asserts a claim for relief pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671,1331 and 1346(b), as a result of injuries sustained in a car crash that occurred on July 15, 2015, on Hill Air Force Base.[2] At the time of the incident, Plaintiff "was a federal employee acting within the scope of his federal employment" and therefore his exclusive remedy is FECA.[3] At the time the Motion to Stay was filed, Plaintiff had not filed a FECA claim with the Department of Labor.[4] Plaintiff does not oppose the Motion to Stay.[5] Based on the foregoing and for good cause appearing;

---

[1] Motion to Hold Matter in Abeyance ("Motion to Stay"), docket no. 8, filed December 26, 2017.

[2] Complaint, ¶¶ 4, 8-12, docket no. 2, filed August 28, 2017.

[3] *Id.* at 1.

[4] *Id.*

[5] Plaintiff's Response to Defendant's Motion to Hold Matter in Abeyance, docket no. 10, filed January 10, 2018.

IT IS HEREBY ORDERED that the Motion to Stay[6] is GRANTED. This case is STAYED pending final decision of the Secretary of Labor regarding coverage for Plaintiff's claims under the FECA.

Dated May 8, 2018.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[6] Docket no. 8, filed December 26, 2017.