# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DANIEL JONES,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and GEROALD STRINGER, in his official and individual capacity,<br>              Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT GERALD STRINGER**<br><br>Case No. 1:17-cv-00138-DN<br><br>District Judge David Nuffer |

The United States, through its counsel, moved to dismiss all claims against Gerald Stringer based on the United States Attorney's certification that Mr. Stringer was acting within the scope of his employment at the time plaintiff's claim arose.[1] Based on the certification,[2] the fact Plaintiff did not oppose the Motion to Dismiss,[3] and for good cause appearing;

IT IS HEREBY ORDERED that the Motion to Dismiss[4] is GRANTED. All claims against Defendant Gerald Stringer are dismissed and the United States is now the sole defendant in this action.

Dated May 8, 2018.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Motion to Dismiss All Claims Against Defendant Gerald Stringer ("Motion to Dismiss"), docket no. 9, filed December 26, 2017.

[2] Certification of Scope of Employment, docket no. 9, Exhibit A, filed December 26, 2017.

[3] Plaintiff's Response to Defendant's Motion to Dismiss All Claims Against Defendant Gerald Stringer, docket no. 11, filed January 10, 2018.

[4] Motion to Dismiss, docket no. 9, filed December 26, 2017.